GERALD D. ADAMS, Plaintiff-Appellant, *v.* CAROLYN K. ADAMS, Defendant-Appellee.

(No. 12454; )

Fourth District—November 21, 1974.

Opinion by Mr. PRESIDING JUSTICE SMITH.

Robert L. Douglas, of Robinson, for appellant.

William F. Downey, of Marshall, for appellee.